JOHN H. BOYD *v.* EMILY J. BOYD

[No. 42, January Term, 1940.]

*Decided March 5th, 1940.*

The cause was submitted on briefs to BOND, C. J. OFFUTT, PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*N. Paul Cronin* and *J. Wilmer Cronin,* for the appellant.

*G. Howlett Cobourn,* for the appellee.

MITCHELL, J., delivered the opinion of the Court.